UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Shred-it USA, Inc., et al.

     v.                            Civil No. 11-cv-033-LM

Absolute Data Destruction,
Inc., et al.


**O R D E R**


Upon notice of plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby ordered that all claims in the above-captioned matter are dismissed with prejudice, each party to bear its own costs and attorney's fees.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated:  March 11, 2011

cc:  Thomas Kincaid McCraw, Jr. Esq.
     Gregory G. Pinski, Esq.
     Shred-it International, Inc.
     Shred-it USA, Inc.